IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
MICHAEL A MOTYKA							CASE NO. 05-00219
ELAINE A MOTYKA							CHAPTER 13
   Debtors.

## TRANSMITTAL OF UNCLAIMED FUNDS

Helen M. Morris, Chapter 13 Trustee, reports the following:

    (1) Checks listed below were mailed to creditors and returned to this office marked insufficient address and/or forwarding order expired or cancelled automatically 90 days after final distribution. The check numbers, the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

BRANCH BANKING AND TRUST COMPANY
BANKRUPTCY SECTION
PO BOX 1847
WILSON, NC 27894-1847

    (2) Your Trustee's check for $57.29 payable to the Clerk of the Court is attached to this report and list. In the event, this amount is different than the amount previously paid to the above creditor, the difference is due to change in the trustee fee during the pendency of the case.

    (3) Nothing further remains to be done in this case.

Dated:

*/s/ Helen M. Morris*
Helen M. Morris
Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303